IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DEVIN KEYS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 10-2644 |
| | : | |
| PHILADELPHIA PRISON SYSTEM, et al., | : | |
| Defendant | : | |

# **O R D E R**

**AND NOW**, this 2nd day of December, 2010, upon careful and independent consideration of the defendants' unopposed motion to dismiss (Document #7), and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, there being no objections thereto, it is hereby ORDERED that:

(1) The Report and Recommendation is APPROVED and ADOPTED.

(2) The defendants' motion to dismiss (Document #7) is GRANTED.

(3) There is no probable cause to issue a certificate of appealability.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.